# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Carlos Diaz, 8:20-cv-53668-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, CARLOS DIAZ, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the SOUTHERN DISTRICT OF FLORIDA absent direct filing on the administrative docket.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: February 7, 2022

Respectfully submitted,

/s/ Lesley Paniszczyn
THOMAS J. HENRY LAW, PC
Lesley Paniszczyn
Lpan.3m@thomasjhenrylaw.com
521 Starr Street
Corpus Christi, Texas 78401
Telephone No.: (361) 985-0600
Facsimile No.: (361) 985-0601
TX Bar: 24079103

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Notice of Designated Forum was filed electronically with the Clerk of the Court using the CM/ECF system on February 7, 2022 served electronically on all counsel of record.

/s/ *Lesley Paniszczyn*
Lesley Paniszczyn